# CLERK'S COURTROOM MINUTE SHEET
## SENTENCING
Case No. 02-40069-02-SAC

United States of America,

Tanya J. Treadway and
Richard L. Hathaway

vs.

Frank D. Heck.

Stephen W. Kessler,
Court Appointed.

Judge: Crow    Clerk: Wessel

Court Reporter: Kelli
Stewart
(Nora Lyon & Assoc.)

At: Topeka    Date: January 31, 2006    **IMPOSITION OF
SENTENCE**

For Details of Sentence see Judgment in a Criminal Case.

| | |
|---|---|
| Restitution Ordered under 18:3663 | $1,242,972.82<br>Jointly and severally w/co-defendants<br>Terence Cooper and Paige A. Heck |
| Defendant Fined | Waived |
| Defendant Assessed under 18:3013 | $100.00 on each of counts 1-29 of the first<br>superseding indictment |
| Total Assessment | $2900.00 |

On 3/24/05 a contested sentencing hearing was held regarding defendant Frank Heck and his co-defendants. The court took this matter under advisement and indicated that sentencing would be imposed at a later date. This matter comes on for imposition of sentence today. Court hears statements of counsel. See also Memorandum and Order [367] filed 1/24/06. The court has considered the advisory

sentencing guidelines, arguments of counsel and the factors in 18:3553, adopts the findings [367] and imposes sentence on counts 1-29 of the first superseding indictment. Standard, mandatory and special conditions imposed.  Mandatory condition of drug testing is suspended.  Government and defendant advised of their respective rights to appeal. Defendant shall self surrender to the institution designated as notified and the conditions of release will remain in effect until self-surrender.  Court recommends that the defendant serve his sentence at the Leavenworth facility, as close to home as possible.  Original indictment dismissed. Based upon the statements of counsel, Dks. 33, 34, and 53 as to this defendant are ordered unsealed and Dks. 128, 151, 153, 155, 157, 159, 161, 163, 202 and 218 as to defendants Frank Heck and Paige Heck are also ordered unsealed.