AO 245B (Rev. 06/05) Judgment in a Criminal Case---Imprisonment

| | |
|---|---|
| DEFENDANT: | FRANK D. HECK |
| CASE NUMBER: | 5:02CR40069-002-SAC |

Judgment - Page 3 of 7

FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

2006 MAR 27 P 4: 13

RALPH L. DELOACH
CLERK
BY _____
AT TOPEKA, KS.

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 60 months.

Counts 1-29: 60 months imprisonment, each count, to be served concurrently

[x]    The Court makes the following recommendations to the Bureau of Prisons:

If eligible, the Court recommends designation to the Federal Prison Camp at Leavenworth, Kansas.

[ ]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.

[ ]  at ___ on ___.

[ ] as notified by the United States Marshal.

[x]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

[ ] before _ on _.

[ ] as notified by the United States Marshal.

[x] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on __3/21/06__ to _FPC Yankton_ at _Yankton, SD_, with a certified copy of this judgment.

J. D. Whitehead, Warden

_____
UNITED STATES MARSHAL

By _Schwader, USM_
Deputy U.S. Marshal