IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

Plaintiff,

vs.                                        Case No. 02-40069-01-03-SAC

TERENCE COOPER, et al.,

Defendants.

### MINUTE ORDER FOR DISPOSAL OF EXHIBITS

UPON DIRECTION OF THE COURT AND PURSUANT TO RULE 79.3 OF THE RULES OF PRACTICE OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS, IT IS

**ORDERED** that all of the exhibits in the above entitled action shall be withdrawn from

the office of the clerk by the respective parties not later than fifteen (15) days from the date of

this minute order.  Each party shall endorse a receipt for any exhibits withdrawn.

**IT IS FURTHER ORDERED** that all exhibits not withdrawn in the time designated by

this minute order may be destroyed or otherwise disposed of by the clerk of the court.

Dated this 8th  day of August, 2006, at Topeka, Kansas.

RALPH L. DeLOACH, CLERK

By  s/ Brenda M. Wessel
    Brenda M. Wessel
    Deputy Clerk