IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                          Case No. 5:02CR40069-002-SAC

FRANK D. HECK,

        Defendant,

    and

COINBASE, INC,

        Garnishee.

## APPLICATION FOR WRIT OF GARNISHMENT

Plaintiff United States of America makes application to the Clerk of the United States District Court to issue a Writ of Garnishment as to the property of Defendant Frank D. Heck in accordance with the Federal Debt Collection Procedures Act (FDCPA), 28 U.S.C. §3205.

In support of its application Plaintiff United States represents the following.

1.      The last known address of Defendant Frank D. Heck, SSN: ***-**-6835, is Spring Hill, KS 66083.

2.      A judgment, Doc. 373, was entered against Defendant Frank D. Heck in the amount of $1,245,872.82 with post-judgment interest at the rate of 4.60% per annum with a balance due of $2,073,702.20 as of June 11, 2025.

3.      More than 30 days have passed since demand for payment of this judgment was made to Defendant Frank D. Heck. The judgment debt remains unpaid.

2

4.    Garnishee Coinbase, Inc is believed to have possession of property in which Defendant Frank D. Heck has a substantial nonexempt interest or for which Garnishee Coinbase, Inc is or may become indebted to Defendant Frank D. Heck.

Plaintiff United States respectfully requests the Clerk of Court issue a Writ of Garnishment to:

        Coinbase, Inc
        c/o Corporation Service Company
        1100 SW Wanamaker Rd., Ste. 103
        Topeka, KS 66604

Respectfully submitted,

DUSTON J. SLINKARD
Acting United States Attorney
District of Kansas


s/ Kathryn E. Sheedy
KATHRYN E. SHEEDY
Assistant United States Attorney
Ks. S.Ct. No. 22867
444 SE Quincy
Federal Building, Suite 290
Topeka, KS 66683-3592
PH:  785-295-2850
FX:  785-295-2658
Email:  kathryn.sheedy@usdoj.gov
Attorneys for the Plaintiff United States

2