IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                               Case No.  5:02CR40069-002-TC

FRANK D. HECK,

        Defendant,

    and

COINBASE, INC.,

        Garnishee.

## <u>GARNISHEE ORDER</u>

Comes on for decision the United States of America's Motion for Garnishee Order, Doc. 461.  The United States appears by Ryan A. Kriegshauser, United States Attorney for the District of Kansas, and Kathryn E. Sheedy, Assistant United States Attorney.

The Court, upon review of the file and pleadings **grants** Plaintiff's <u>Motion for Garnishee Order</u>, Doc. 461.

The Court, upon review of the file and pleadings, finds as follows:

1.      The United States has complied with the requirements of 28 U.S.C. §§ 3202 and 3205 in serving Garnishee Coinbase, Inc., Defendant Frank D. Heck, and all interested parties with pleadings and notices related to this garnishment proceeding.

2.      Garnishee Coinbase, Inc. has in its custody, control, or possession property in which Defendant Frank D. Heck has an interest or for which Garnishee Coinbase, Inc. is or may become indebted to Defendant in the form of: a cryptocurrency account with an approximate balance of $95,159.98 as of July 3, 2025.

3.     No claim for exemption or objection to the Answer was filed and the time to do so has passed.

4.     On July 16, 2025, Defendant Heck filed his Motion to Quash Garnishment and Motion to Modify Restitution Payment Schedule Pursuant to 18 U.S.C. § 3664(k), Doc. 445.

5.     On August 29, 2025, the Court entered its Order (Doc. 453) denying Defendant Heck's Motion to Quash Garnishment and Motion to Modify Restitution Payment Schedule Pursuant to 18 U.S.C. § 3664(k).

6.     On July 17, 2025, Interested Party Annisa Heck filed her Third-Party Motion to Quash Writ of Garnishment, Doc. 448.  The United States thereafter filed its Objection to Interested Party Annisa Heck's Motion to Quash Writ of Garnishment on August 15, 2025.

7.     After a hearing on Interested Party Annisa Heck's Motion to Quash, the Court entered its Memorandum and Order, Doc. 460, granting Interested Party Annisa Heck's Motion and ruling that Interested Party Annisa Heck was entitled to half of the proceeds held in the Coinbase account.

THE COURT THEREFORE ORDERS that Garnishee Coinbase, Inc. immediately liquidate and pay over fifty percent (50%) of the funds held in Defendant Frank D. Heck's cryptocurrency account to the United States.

IT IS FURTHER ORDERED that all payments should be made payable to the "Clerk, U.S. District Court," with a notation of Defendant Frank D. Heck's name and the Case No. 5:02CR40069-002-TC, and be mailed to the United States District Court Clerk at Wichita U.S. Federal Court, 401 N Market, Suite 204, Wichita, KS 67202.

IT IS FURTHER ORDERED that once Garnishee Coinbase, Inc. had liquidated and turned over fifty percent (50%) of the funds held in Defendant Frank D. Heck's cryptocurrency account, Garnishee Coinbase, Inc. is hereby released and discharged as Garnishee in this action.

**IT IS SO ORDERED.**

Dated this 6th day of February, 2026.

s/  Toby Crouse
TOBY CROUSE
UNITED STATES DISTRICT JUDGE

Submitted by:

RYAN A. KRIEGSHAUSER
United States Attorney
District of Kansas

s/ Kathryn E. Sheedy
KATHRYN E. SHEEDY
Assistant United States Attorney
Ks. S.Ct. No. 22867
Federal Building, Suite 290
444 SE Quincy
Topeka, KS 66683-3592
PH:  785-295-2850
FX:  785-295-2658
Email:  kathryn.sheedy@usdoj.gov
Attorneys for the Plaintiff United States